IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN MICHAEL MARTIN,

                Plaintiff,              No. 02:14-cv-00525-AC

    v.

GARTH GULICK, M.D., et al.,         ORDER

                Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation (#29) on February 5, 2015, in which he recommends that this Court deny Defendants' Motion to Dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de*

1 - ORDER

*novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [29].

Accordingly, Defendants' Motion to Dismiss [23] is denied.

IT IS SO ORDERED.

DATED this ____4____ day of ____March____, 2015.


MARCO A. HERNANDEZ
United States District Judge

2 - ORDER